## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

STEPHANIE MOORE, by Stephen Moore )
and Sharon Moore her legal guardians )
)
Plaintiff )
) Civil Action No. 09-CV-50134
)
vs. )
)
WALGREEN CO., an Illinois Corporation ) Judge: Fred Kapola
)
Defendant. ) Magistrate Judge: Michael P. Mahoney

**FILED**

**MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court
SEP 22 2010**

### STIPULATION AND ORDER

The parties, through their respective counsel, stipulate and agree that the order of dismissal entered herein inadvertently omitted the following provision: "The net proceeds of the settlement shall be distributed to the guardians of the person and the estate of Stephanie Moore, Stephen Moore and Sharon Moore, to be deposited by said guardians in a special needs trust for the benefit of said Stephanie Moore, " and said order should be amended by adding that provision.

**STEPHANIE MOORE BY STEPHEN MOORE AND SHARON MOORE HER LEGAL GUARDIANS:**

Dated: _Sept 15, 2010_          By:_____
                                      Bernard P Reese (JD No. 2301431)

**WALGREEN CO.**

Dated: _9/20/10_          By:_____
                              John E. Murray (I.D. No. 90785274)

### ORDER

Pursuant to the stipulation of the parties, the order of dismissal entered herein is hereby amended by adding thereto the following provision inadvertently omitted therefrom: "The net proceeds of the settlement shall be distributed to the guardians of the person and the estate of Stephanie Moore, Stephen Moore and Sharon Moore, to be deposited by said guardians in a special needs trust for her benefit,"

**Entered** :_9/22/10_          **BY THE COURT:**

                                      Honorable Michael P. Mahoney